IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TROY SAMFORD                                                                                   PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:06cv00603DPJ-JCS

GREYHOUND LINES, INC.                                                                          DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

There came on to be heard this day the joint motion of the plaintiff, Troy Samford, and the defendant, Greyhound Lines, Inc., to dismiss this civil action with prejudice as to said defendant, and the Court, having considered the same, noting the agreement of the parties and otherwise being fully advised in the premises, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant, Greyhound