IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TROY SAMFORD                                                      PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:06cv00603DPJ–JCS

GREYHOUND LINES, INC.                                            DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

There came on to be heard this day the joint motion of the plaintiff, Troy Samford, and the

defendant, Greyhound Lines, Inc., to dismiss this civil action with prejudice as to said defendant,

and the Court, having considered the same, noting the agreement of the parties and otherwise

being fully advised in the premises, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant, Greyhound

Lines, Inc., shall be and the same is hereby dismissed with prejudice, with the parties to bear their

respective costs.

SO ORDERED AND ADJUDGED, this the _12_ day of ___December___, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT